UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS CANTRELL, )<br>)<br>Plaintiff )<br>) No. 3:13-0458<br>v. ) Judge Campbell/Griffin/Brown<br>) **Jury Demand**<br>R.E. WEST, INC. and )<br>BOB WEST, Individually, )<br>)<br>Defendants ) | |

### **O R D E R**

A settlement conference was scheduled in this matter for August 13, 2013. Unfortunately, Mr. Cantrell suffered an accident on the 12th, which severed an Archilles tendon. This will require surgery and a recovery period. Plaintiff's counsel believes that this may change his damage claim under the Family Medical Leave Act (FMLA) and he will need to see how the Plaintiff does during this recovery period in order to value his damages because of this accident.

The parties are directed to notify the Magistrate Judge within **60 days** when they believe that a settlement conference can be rescheduled. Upon receiving a request the Magistrate Judge will reschedule the settlement conference.

To the extent the parties need an extension to the present scheduling order or to the trial date, that should be taken up with Magistrate Judge Griffin.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge