IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS CANTRELL | ) |
| | ) |
| v. | ) NO. 3-13-0458 |
| | ) JUDGE CAMPBELL |
| R.E. WEST, INC., et al. | ) |

ORDER

Pending before the Court is Plaintiff's Motion to Manually File Deposition Exhibit (Docket No. 61). The Motion is GRANTED, and the audiotape identified in Plaintiff's Motion may be manually filed with the Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE