IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOUGLAS CANTRELL )
) No. 3-13-0458
v. )
)
R.E. WEST, INC; and BOB WEST )

O R D E R

On April 8, 2014, the plaintiff filed a motion for partial summary judgment (Docket Entry No. 58).

In accord with the order entered July 3, 2013 (Docket Entry No. 14), the defendants shall have until May 8, 2014, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by May 22, 2014, if the response is filed on May 8, 2014.

No other filings in support of or in opposition to the plaintiff's motion for partial summary judgment shall be made after May 22, 2014, except with the express permission of the Honorable Todd J. Campbell.

The Clerk is directed to forward the file in this case to Judge Campbell for his consideration of the plaintiff's motion for partial summary judgment and accompanying filings (Docket Entry Nos. 58-63), the defendants' response to be filed by May 8, 2013, and any reply, if necessary, to be filed no later than May 22, 2014.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The July 3, 2013, order provided that the deadline for filing a dispositive motion is April 28, 2014.