IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS CANTRELL | ) | |
| | ) | |
| v. | ) | NO. 3:13-cv-458 |
| | ) | JUDGE CAMPBELL |
| R.E. WEST, INC. and | ) | |
| BOB WEST, Individually | ) | |

**ORDER**

Because the Order entered on July 14, 2014 (Docket no. 94) stated the incorrect dates for the trial and pretrial conference, that Order is VACATED.

Pending before the Court are Plaintiff's motion for partial summary judgment (Docket No. 58), Defendant's motion for summary judgment (Docket No. 74), and Defendant's unopposed motion to dismiss (Docket No. 78). For the reasons stated in the accompanying Memorandum, both Motions for Summary Judgment are DENIED. Defendant's Motion to Dismiss Plaintiff's state law claim for retaliatory discharge is GRANTED, and that claim is DISMISSED.

The case remains set for trial on October 28, 2014, at 9:00 a.m. with a pretrial conference on October 20, 2014, at 10:30 a.m. in Courtroom 874 as stated in the Order entered on March 18, 2014 (Docket No. 56).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE