IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOUGLAS CANTRELL )
) No. 3-13-0458
v. )
)
R.E. WEST, INC; and BOB WEST )

O R D E R

By order entered July 18, 2014 (Docket Entry No. 95), the plaintiff's motion for partial summary judgment (Docket Entry No. 58) and the defendant's motion for summary judgment (Docket Entry No. 74) were denied and the defendant's unopposed motion to dismiss the plaintiff's state law claim for retaliatory discharge (Docket Entry No. 78) was granted.

Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, August 19, 2014, at 10:00 a.m.,** to be initiated by defendants' counsel, to address the potential for settlement, propriety of ADR, and whether there are any other matters to be addressed by the Magistrate Judge prior to the October 20, 2014, pretrial conference and October 28, 2014, trial.

If the date and time for the conference call presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge