IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOUGLAS CANTRELL            )
                            )   No. 3-13-0458
v.                          )
                            )
R.E. WEST, INC; and BOB WEST )

O R D E R

Counsel have requested that the conference call scheduled for August 19, 2014, be rescheduled to an earlier date due to calendar conflicts. All counsel have agreed to reschedule for Tuesday, August 12, 2014.

It is therefore ORDERED that the parties shall convene a telephone conference call with the Court on **Tuesday, August 12, 2014, at 9:00 a.m.,** to be initiated by defendants' counsel, to address the potential for settlement, propriety of ADR, and whether there are any other matters to be addressed by the Magistrate Judge prior to the October 20, 2014, pretrial conference and October 28, 2014, trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge