IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOUGLAS CANTRELL )
) No. 3-13-0458
v. )
)
R.E. WEST, INC; and BOB WEST )

O R D E R

Pursuant to the order entered August 6, 2014 (Docket Entry No. 97), counsel for the parties called the Court on August 12, 2014, at which time they advised that they have scheduled depositions of experts the week of September 9, 2014, but that they have agreed to reschedule those depositions so that they can participate in mediation or a settlement conference during the month of September.

If the parties agree to participate in private mediation, they shall, no later than August 15, 2014, file a joint mediation report, indicating when they have scheduled private mediation and with whom. Alternatively, counsel for the parties shall, no later than August 15, 2014, call the Court to relay the information. If the parties want to schedule a settlement conference with another Magistrate Judge, they shall call the undersigned Magistrate Judge to make such arrangements.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge