IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS CANTRELL | ) | |
| | ) | No. 3-13-0458 |
| v. | ) | |
| | ) | |
| R.E. WEST, INC; and BOB WEST | ) | |

O R D E R

In accord with the order entered August 12, 2014 (Docket Entry No. 98), the parties filed a joint mediation report on August 13, 2014 (Docket Entry No. 99), indicating that they have scheduled private mediation on September 12, 2014.

By September 17, 2014, the parties shall file another joint mediation report, confirming that they participated in mediation on September 12, 2014, and reporting on whether or not they were able to reach a settlement and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether the potential for settlement remains.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge